**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:18cr116-MHT** |
| | ) | **(WO)** |
| **G. FORD GILBERT,** | ) | |
| **MARTIN J. CONNORS, and** | ) | |
| **JACK D. WILLIAMS** | ) | |

**ORDER**

Based on the representations made on the record on May 23, 2018, it is ORDERED that the jury selection and trial, now set for September 4, 2018, are reset for Tuesday, September 11, 2018 at 10:00 a.m. in Courtroom 2FMJ, at the United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this the 24th day of May, 2018.

                                       /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**