**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:18cr116-MHT** |
| | ) | **(WO)** |
| **G. FORD GILBERT,** | ) | |
| **MARTIN J. CONNORS, and** | ) | |
| **JACK D. WILLIAMS** | ) | |

**ORDER**

It is ORDERED as follows:

(1) The government must pre-mark its exhibits (e.g., "Government Exhibit 1," etc.) and provide copies of them to all defendants by August 20, 2018. The government must also provide one copy of its exhibit list to each defendant and to the courtroom deputy clerk on this date.

(2) Each defendant must pre-mark his exhibits (e.g., "Gilbert Exhibit 1," etc.) and provide copies of them to the government and to every other defendant by August 27, 2018. Each defendant must also provide one copy of his exhibit list to the government, to every

other defendant, and to the courtroom deputy clerk on this date.

(3) On or before September 4, 2018, counsel for all parties are to confer among themselves and file with the court a list of all exhibits that they agree are admissible without objection.

(4) Objections to any exhibits must be filed, with the grounds for the objections given, by September 4, 2018.

DONE, this the 24th day of May, 2018.

                                  /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**