# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:18cr116-MHT |
| | ) | (WO) |
| G. FORD GILBERT, | ) | |
| MARTIN J. CONNORS, and | ) | |
| JACK D. WILLIAMS | ) | |

## OPINION AND ORDER

Federal Rule of Criminal Procedure 24(b)(2) permits the government six peremptory challenges and the defendant ten peremptory challenges in a non-capital felony case. In a multi-defendant case, it is within the district court's discretion to allow additional peremptory challenges and to allow the defendants to decide whether to exercise those challenges separately or jointly. *See* Fed. R. Crim. P. 24(b).

Accordingly, it is ORDERED as follows:

(1) In addition to 12 principal jurors, three alternate jurors will be empaneled.

(2) Five peremptory strikes will be allotted to each defendant, for a total of 15.

(3) Seven peremptory strikes will be allotted to the government.

(4) One additional peremptory strike will be allotted to each defendant for the selection of alternate jurors, for a total of three strikes.

(5) Two additional peremptory strikes will be allotted to the government for the selection of alternate jurors.

(6) The defendants may decide among themselves whether to use their challenges separately or jointly.

DONE, this the 24th day of May, 2018.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**