IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:18cr116-MHT |
| | ) | (WO) |
| G. FORD GILBERT, | ) | |
| MARTIN J. CONNORS, and | ) | |
| RANDALL M. DAVIS | ) | |

AMENDED ORDER

With regard to all motions in limine and written evidentiary objections filed before trial and not otherwise set for submission and briefing by court order, it is ORDERED as follows:

(1) By no later than 28 business days before trial, counsel for the parties are to meet, in person, to attempt to resolve the motions and objections; and,

(2) By no later than 21 business days before trial, counsel for the parties are to file a jointly prepared report (a) as to which issues in the motions and objections are resolved and which ones remain unresolved and (b), for each and every unresolved

issue, setting forth in detail the position of each side.

DONE, this the 1st day of August, 2018.

                                          /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**