IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:18cr116-MHT |
| | ) | (WO) |
| G. FORD GILBERT, | ) | |
| MARTIN J. CONNORS, and | ) | |
| RANDALL M. DAVIS | ) | |

AMENDED ORDER

It is ORDERED as follows:

(1) The government must pre-mark its exhibits (e.g., "Government Exhibit 1," etc.) and provide copies of them to all defendants by December 19, 2018. The government must also provide one copy of its exhibit list to each defendant and to the courtroom deputy clerk on this date.

(2) Each defendant must pre-mark his exhibits (e.g., "Gilbert Exhibit 1," etc.) and provide copies of them to the government and to every other defendant by December 27, 2018. Each defendant must also provide one copy of his exhibit list to the government, to

every other defendant, and to the courtroom deputy clerk on this date.

(3) On or before January 4, 2019, counsel for all parties are to confer among themselves and file with the court a list of all exhibits that they agree are admissible without objection.

(4) Objections to any exhibits must be filed, with the grounds for the objections given, by January 4, 2019.

DONE, this the 1st day of August, 2018.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE