IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:18cr116-MHT |
| | ) | (WO) |
| G. FORD GILBERT, | ) | |
| MARTIN J. CONNORS, and | ) | |
| RANDALL M. DAVIS | ) | |

## AMENDED ORDER

So as to relieve those jurors whom all parties agree should be excused "for cause" from the need to appear in court, it is ORDERED as follows:

(1) On or before noon on Thursday, January 10, 2019, each party shall, based on a review of the juror questionnaires, submit to the courtroom deputy a list of potential jurors to be excluded from the panel "for cause." The parties are to identify the jurors on the list by name and juror number. The lists are not to be filed. The parties also are not to reveal their lists to each other. That is to say, the parties are to keep their lists secret from each other. However, defense counsel have the option of working together and

preparing and submitting a joint list (that is, for all three defendants), so as to reflect that ALL three defendants jointly agree that certain jurors should be excused; of course, this joint list would not be revealed to the government.

(2) The court will excuse those jurors whose names and juror numbers appear on all lists submitted by the parties. If any juror's name and number appear on at least one but not all of the lists, the court will hear argument in court, prior to jury selection, on the question of whether that juror should be excused.

(3) The lists submitted by the parties will be filed in the record after jury selection is complete.

DONE, this the 1st day of August, 2018.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**