# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL ACTION NO. |
| v.    ) | 2:18cr116-MHT |
| ) | (WO) |
| G. FORD GILBERT, ) | |
| MARTIN J. CONNORS, and ) | |
| JACK D. WILLIAMS ) | |

### ORDER

It is ORDERED as follows:

(1) The motion to dismiss the original indictment (doc. no. 105) is granted.

(2) The original indictment (doc. no. 1) is dismissed as to defendants G. Ford Gilbert and Martin J. Connors. A superseding indictment (doc. no. 69) now names them.

(3) The original indictment (doc. no. 1) remains against defendant Jack D. Williams.

DONE, this the 9th day of August, 2018.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**