IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:18cr116-MHT |
| | ) | (WO) |
| G. FORD GILBERT and | ) | |
| MARTIN J. CONNORS | ) | |

ORDER

It is ORDERED that the government's motion to dismiss the original indictment as to defendants G. Ford Gilbert and Martin J. Connors (doc. no. 185) is denied as unnecessary. By order entered on August 9, 2018 (doc. no. 106), the court granted an identical motion (doc. no. 105). During the conference call on December 17, 2018, the court incorrectly suggested that the issue was still pending and unresolved.

DONE, this the 20th day of December, 2018.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**