IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:18cr116-MHT |
| | ) | (WO) |
| G. FORD GILBERT, et al. | ) | |

OPINION AND ORDER

Before the court is defendant G. Ford Gilbert's motion to dismiss and petition for writ of error coram nobis. This motion and petition are now before the court on the recommendation of the United States Magistrate Judge that they should be denied. Also before the court are Gilbert's objections to the recommendation. After an independent and de novo review of the record, the court concludes that the Gilbert's objections should be overruled and the magistrate judge's recommendation adopted.

***

Accordingly, it is ORDERED as follows:

(1) Defendant G. Ford Gilbert's objections

(Doc. 287) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. 286) is adopted.

(3) Defendant Gilbert's motion to dismiss and petition for writ of error coram nobis (Doc. 267) are denied.

DONE, this the 5th day of January, 2026.

　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**